IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

**MANUEL DE JESUS REYES MUNGUIA,**

    **Petitioner,**

v.                                          Case No. 5:26-cv-00036

**CURTIS DIXON, Superintendent,
Southern Regional Jail;
BRIAN MCSHANE, Field Office Director,
Philadelphia Field Office, United States
Immigration and Customs Enforcement;
TODD M. LYONS, Acting Director,
United States Immigration and
Customs Enforcement; KRISTI NOEM,
Secretary of Homeland Security;
PAMELA JO BONDI, United States
Attorney General, in their official capacities,**

    **Respondents.**

## ORDER TO SHOW CAUSE AND DIRECTING EXPEDITED BRIEFING

Pending before the Court is Petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241. This case is assigned to the Honorable Frank W. Volk, Chief United States District Judge, and by standing order was referred to the undersigned United States Magistrate Judge for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636(b)(1)(B).

At the time of filing of the Petition, Petitioner alleged that he was confined at the Southern Regional Jail in Beckley, West Virginia and is subject to the custody or control of U.S. Immigration and Customs Enforcement ("ICE"). (ECF No. 1). Soon thereafter, Petitioner, through counsel, filed a Notice Regarding Transfer of Petitioner, explaining

1

that Petitioner had been transferred from Southern Regional Jail. (ECF No. 16). Petitioner's counsel believes Petitioner is currently being housed at the ICE processing facility in Poca, West Virginia. (*Id.*). Given the nature of the allegations and the need for prompt judicial review, the Court finds that expedited briefing is appropriate pursuant to 28 U.S.C. § 2243.

Accordingly, it is hereby **ORDERED** as follows:

1. Respondents shall file a response within **five (5) calendar days** of the date of this Order showing cause why the writ should not be granted. The response shall address jurisdictional issues, and the substantive grounds raised in the petition. Respondents shall file with their response any affidavits, declarations, or exhibits upon which they rely.

2. Petitioner may file a reply within **three (3) calendar days** after Respondents' response is filed.

This Order is procedural in nature and is entered solely to facilitate prompt consideration of the petition. Nothing herein shall be construed as a determination of the merits of the petition or of any request for interim or injunctive relief.

The Clerk is **DIRECTED** to transmit a copy of this Order to counsel of record, the United States Attorney for the Southern District of West Virginia, and to any unrepresented party.

**ENTERED:** January 16, 2026

Joseph K. Reeder
United States Magistrate Judge